IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO DIAZ, AA8053, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>MATTHEW CATE, et al., )<br>)<br>Defendant(s). )<br>_____ ) | No. C 11-3459 CRB (PR)<br><br>ORDER<br><br>(Docket #11) |

Plaintiff's request for an order directing the clerk to issue, and the United States Marshal to serve, a subpoena seeking certain documents from nonparties California Department of Corrections and Rehabilation (CDCR) and Pelican Bay State Prison (PBSP) is denied without prejudice. Plaintiff must first attempt to obtain the documents he seeks from defendants Matthew Cate, Secretary of CDCR, and G. D. Lewis, Warden of PBSP, after defendants are served.

SO ORDERED.

DATED: July 23, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Diaz, S.11-3459.or1.wpd