IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO DIAZ, aka Chitoni Tequihuah, AA8053,

    Plaintiff,

v.

MATTHEW CATE, et al.,

    Defendants.

No. C 11-3459 CRB (PR)

ORDER

Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion for summary judgment is GRANTED. Plaintiff shall file an opposition by no later than February 28, 2013, and defendants shall file a reply within 14 days thereafter.

SO ORDERED.

DATED: Jan. 29, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Diaz, S.11-3459.eot2.wpd