IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO DIAZ, AA8053, | )<br>) |
| Plaintiff(s), | )  No. C 11-3459 CRB (PR)<br>) |
| v. | )  ORDER<br>) |
| MATTHEW CATE, et al., | )  (Docket #43)<br>) |
| Defendant(s). | )<br>) |

On October 29, 2012, defendants filed a motion for summary judgment on plaintiff's Eighth Amendment claim that he was deprived of various basic needs while on contraband surveillance watch. Since then, plaintiff has sought and obtained three extensions of time (totaling five months) to submit his opposition to the motion. His last deadline to file an opposition was March 29, 2013; but rather than file one, he filed a fourth request for additional time to conduct further discovery.

For the reasons set forth in defendants' opposition to plaintiff's request for leave to propound additional interrogatories and for an additional extension of time, plaintiff's request (docket # 43) is DENIED. Plaintiff shall file an opposition by no later than May 3, 2013 and defendants shall file a reply within 14 days thereafter. <u>No further extensions of time will be entertained</u>.

SO ORDERED.

DATED:  April 15, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Diaz, S.11-3459.or2.wpd